**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| MATTHEW DENNISON,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATION VENTURES, LLC,<br><br>Defendant. | CASE NO. 1:25-CV-578-HAB-ALT |

**OPINION AND ORDER**

On September 16, 2026, Plaintiff Matthew Dennison filed a stipulation of dismissal. (ECF No. 31). Federal Rule of Civil Procedure 41(a)(1)(a)(ii)[1] permits a plaintiff to "dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a). While the stipulation states that both parties have stipulated to dismiss the complaint, it is signed only by Plaintiff's counsel. For that reason, the stipulation as filed has no legal effect.

**SO ORDERED** this 29th day of September 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

[1] Based on the record in this case, Rule 41(a)(1)(A)(i), which allows for dismissal before the opposing party serves either an answer or a motion for summary judgment, does not apply.